## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## CASE NO.: 07-CR-20659-PCH

UNITED STATES OF AMERICA,
     Plaintiff,

v.

EULALIA GONZALEZ,
     Defendant.

_____/

## ORDER GRANTING IN PART AND DENYING IN PART DEFENDANT'S MOTION FOR CONTINUED RELEASE PENDING APPEAL, OR, IN THE ALTERNATIVE, FOR VOLUNTARY SURRENDER

THIS MATTER came before the Court by virtue of the Defendant's Motion for Continued Release Pending Appeal, or, in the Alternative, for Voluntary Surrender (DE. #92) filed on March 26, 2008. After careful review of the Motion, and conducting a hearing on the Motion on March 27, 2008, it is hereby,

ORDERED AND ADJUDGED that the Defendant's Motion is GRANTED IN PART AND DENIED IN PART. The Defendant's Motion is denied as it pertains to Defendant's request for continued release pending appeal. However, the Defendant's request for a voluntary surrender date is GRANTED. **The Defendant shall surrender to the United States Marshal's Office on or before Monday, April 28, 2008 at 2:00 p.m.**

DONE AND ORDERED in chambers in Miami, Florida this 27 day of March, 2008.

PAUL C. HUCK
U.S. DISTRICT COURT JUDGE

cc: All counsel of record
    U.S. Probation
    U.S. Marshal

3 -27- 08